IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CADENCE BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-725 (RDA/IDD) |
| ) | |
| THE OTAIGBE GROUP, LLC and ) | |
| ANTHONY OTAIGBE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan D. Davis on November 4, 2024. Dkt. 17. In its Complaint, Plaintiff Cadence Bank ("Plaintiff") brought two claims for breach of contract against Defendants The Otaigbe Group, LLC and Anthony Otaigbe (collectively, "Defendants"). Magistrate Judge Davis recommends that default judgment be entered against both Defendants and damages be awarded. *Id.* at 10. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Fitzpatrick's Recommendation was November 18, 2024. *Id.* To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 17).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 12) is GRANTED; and it is

FURTHER ORDERED that Plaintiff be awarded monetary damages against Defendants, jointly and severally, in the amount of $267,396.80, plus attorney's fees and costs in the amount of $8,674.25. Thus, the final judgment is $276,071.05, with pre-judgment interest accruing in the amount of $73.0614968 per day until the rendition of a final judgment.

Defendant The Otaigbe Group and Defendant Anthony Otaigbe shall be jointly and severally liable for the damages and fees awarded.

The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
December 11, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge